| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 24-49003-mlo<br>Eastern District of Michigan<br>Detroit<br>Tue Sep 24 14:26:09 EDT 2024 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Best Egg<br>Attn: Bankrupcty<br>Po Box 42912<br>Philadelphia, PA 19101-2912 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Equiant/Thousand Trails<br>Attn: Bankruptcy<br>500 N Juniper Dr, Ste 100<br>Chandler, AZ 85226-2525 |
| (p)FIRST MERCHANTS BANK NA<br>PO BOX 792<br>MUNCIE IN 47308-0792 | Gm Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | Hatteras Inc.<br>C/O Taft Stettinius & Hollister LLP<br>27777 Franklin Rd.<br>Suite 2500<br>Southfield, MI 48034-8222 |
| I Am Detroit<br>C/O Taft Stettinius & Hollister LLP<br>27777 Franklin Rd.<br>Suite 2500<br>Southfield, MI 48034-8222 | Mrc/united Wholesale M<br>Attn: Bankruptcy<br>P. O. Box 619098<br>Dallas, TX 75261-9098 | Prosper Funding LLC<br>221 Main Street<br>Suite 300<br>San Francisco, CA 94105-1909 |
| The Miller Law Firm P.C.<br>950 West University Drive<br>Suite 300<br>Rochester, MI 48307-1887 | Universal Credit Services<br>P.O. Box 158<br>Hartland, MI 48353-0158 | Vonvoigtlander Womens Hospital<br>1540 E. Hospital Drive<br>Ann Arbor, MI 48109-4000 |
| Brandon Yopp<br>55647 Worlington Lane<br>South Lyon, MI 48178-3015 | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 | Marguerite Hammerschmidt<br>Hammerschmidt, Stickradt & Associates<br>70 W. Long Lake Rd.<br>Suite 116<br>Troy, MI 48098-7103 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Merchants Bank
Attn: Bankruptcy
200 E Jackson St
Muncie, IN 47305

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17