UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**In Re: Brandon Yopp**

**Chapter 13**
**Case No. 24-49003**
**Debtors.**     **Hon. Oxholm**

_____/

## ORDER EXTENDING STAY BEYOND 30 DAYS
## PURUSANT TO 11 USC sec. 362(C) (3) (B)

Upon the filing of Debtor's Motion to Extend Stay Beyond 30 Days Pursuant to 11 USC sec. 362(C)(3)(B), all parties having an opportunity to respond, and Oral Arguments having been heard;

IT IS HEREBY ORDERED AND ADJUDGED;

The Automatic Stay pursuant to 11 USC sec. 362 is hereby extended beyond the 30 days pursuant to 11 USC sec. 362(C)(3)(B) as to all creditors.

**Signed on October 7, 2024**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**