# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

BRANDON YOPP,

    Debtor.

_____/

Case No. 24-49003-prh
Chapter 13

Judge Paul R. Hage

## STIPULATED ORDER DIRECTING
## DEBTOR TO PRODUCE CERTAIN RECORDS
## PURSUANT TO FED. R. BANKR. P. 2004

THIS MATTER came before the Court on the Parties'[1] *Stipulation Entry of an Order Directing Debtor to Produce Certain Records Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 37] (the "Stipulation"),

NOW THEREFORE, IT IS HEREBY ORDERED, that the Stipulation is GRANTED, that within thirty days of entry of this Order, Debtor shall produce a detailed accounting of his receipt and disbursement of a US Printing & Packaging, LLC $175,000.00 loan receivable that was repaid to Debtor in or about June 2024, to Creditors, I Am Detroit, Inc. and Hatteras, Inc., and the Chapter 13 Standing Trustee, David Wm. Ruskin. Debtor's accounting shall identify the complete name of each transferee, the amount transferred, and the exact date of each transfer. In

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

support of Debtor's accounting, Debtor shall produce complete bank records reflecting his receipt and disbursements of his $175,000.00 loan receivable including, but not limited to, cancelled checks, transaction slips or other evidence of disbursements.

**Signed on November 15, 2024**



/s/ Paul R. Hage

**Paul R. Hage**
**United States Bankruptcy Judge**