Form:reasgen

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 24−49003−mar
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Brandon Yopp
  55647 Worlington Lane
  South Lyon, MI 48178

Social Security No.:
  xxx−xx−3748

Employer's Tax I.D. No.:

## ORDER OF THE COURT FOR REASSIGNMENT OF JUDGE

Pursuant to LBR 1073−1, to facilitate the administration of the court's docket and for good cause shown, the Clerk of the Court is directed to reassign this case. **IT IS HEREBY ORDERED** that the above entitled case be removed from the docket of Judge Paul R. Hage. and reassigned to the docket of Judge Mark A. Randon. .

| | |
|---|---|
| BY THE COURT | BY THE COURT |
| /s/ Paul R. Hage | /s/ Mark A. Randon |
| United States Bankruptcy Judge | United States Bankruptcy Judge |
| Dated: 12/4/24 | |