UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Brandon Yopp,

    Debtor.

_____/

Case No. 24-49003

Chapter 13

Hon. Paul R. Hage

## ORDER OF RECUSAL AND TRANSFER OF CASE

Pursuant to 28 U.S.C. § 455(a) and (b), any judge shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

NOW, THEREFORE, IT IS HEREBY ORDERED that I am disqualified from hearing this case because my impartiality might reasonably be questioned.

IT IS FURTHER ORDERED that the Clerk's Office of the Bankruptcy Court shall reassign this case pursuant to L.B.R. 1073-1(a)(4)(C) (E.D.M.).

**Signed on December 6, 2024**



/s/ Paul R. Hage
**Paul R. Hage**
**United States Bankruptcy Judge**