UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                          Chapter 13

Brandon Yopp,                                          Case Number 24-49003

    Debtor.                                              Hon. Mark A. Randon

_____/

## ORDER RESCHEDULING HEARINGS

Creditors I Am Detroit and Hatteras, Inc. filed a motion to dismiss on November 12, 2024. It was set for hearing on December 19, 2024. However, the case was subsequently reassigned to this Court. As such, the hearing is rescheduled to ***December 18, 2024, at 2:00 p.m.*** All interested parties must call 1-202-503-1666 and use conference ID 231 911 059#.

The confirmation hearing is rescheduled from February 6, 2025, to ***February 12, 2025, at 12:00 p.m.***

**IT IS ORDERED**.
**Signed on December 6, 2024**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**